tiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James Byrne, Mr. Carl Taylor, Mr. L. L. Lewis* and *Mr. R. B. Davis* for petitioner. *Mr. Henry W. Anderson, Mr. Arthur H. Van Brunt, Mr. Hill Carter* and *Mr. John Pickrell* for respondents.

No. 809. H. MUELLER MANUFACTURING COMPANY, PETITIONER, *v.* JOSEPH H. GLAUBER. April 26, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles E. Pickard, Mr. A. H. Adams* and *Mr. J. L. Jackson* for petitioner. *Mr. Charles C. Linthicum* and *Mr. W. Clyde Jones* for respondent.

No. 812. O. J. HILL ET AL., PETITIONERS, *v.* GEORGE W. WALKER, ETC. April 26, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George B. Webster* and *Mr. Clayton E. Emig* for petitioners. No appearance for respondent.

No. 786. A. J. FENN, PETITIONER, *v.* W. H. LOUISELLE, ETC. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. A. Herbert, Mr. Benjamin Micou* and *Mr. Richard P. Whiteley* for petitioner. *Mr. Frank T. Myers* for respondent.

No. 794. CHARLES NICKELL, PETITIONER, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit